THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NATHANIEL BARR *et al.,* Defendants-Appellants.

(No. 53947; )

First District—December 30, 1970.

Opinion by MR. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (William Martin, James Haddad, and Theodore A. Gottfried, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John A. Gibaitis, Assistant State's Attorneys, of counsel,) for the People.

JOHN J. TAYLOR, Plaintiff-Appellee, *v.* JOHN B. HAYES *et al.,* Defendants-Appellants.

(No. 53948; )

First District—October 30, 1970.

